IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY M. GREEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>　　　　　Defendant. | **Old Case No. 1:06cv1628 LJO NEW (DLB)**<br><br>**New Case No. 1:06cv1628 NEW (DLB)**<br><br>ORDER REASSIGNING CASE |

　　　It appearing that pursuant to Eastern District General Order 345, all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

　　1.　This action is assigned to United States Magistrate Dennis L. Beck for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

　　2.　The Clerk of the Court is directed to assign this action in its entirety to the Magistrate Judge; and

1

3. The new case number shall be 1:06cv1628 NEW (DLB). All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:   April 23, 2007                     /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE