1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, SBN 189450
4
        333 Market Street, Suite 1500
5       San Francisco, CA 94105
        Telephone: (415) 977-8943
6       Fax: (415) 744-0134

7  Attorneys for Defendant

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                       SACRAMENTO DIVISION

11  AUDREY M. GREEN,                ) Case No. 06-CV-01628 - DLB
                                    )
12           Plaintiff,             )
                                    ) STIPULATION AND ORDER
13      vs.                         )
                                    )
14  JO ANNE B. BARNHART,            )
    Commissioner of Social          )
15  Security,                       )
                                    )
16           Defendant.             )
                                    )
17  _____ )

18      The parties hereby stipulate by counsel, with the Court's
19  approval as indicated by issuance of the attached Order, that
20  Defendant shall have a first extension of time of 30 days to
21  respond to Plaintiff's motion for summary judgment, due to
22  Defendant's need for further review.  The current due date is May
23  18, 2007.  The new due date will be June 18, 2007.
24      The parties further stipulate that the Court's Scheduling
25  Order shall be modified accordingly.
26
27
28

Stip & Proposed Order Re Ext of D's Time                    Page 1

    */s/ Brian C. Shapiro*
        *(As authorized on* May 16, 2007)
    Brian C. Shapiro
    Attorney at Law

    Attorney for Plaintiff


    McGREGOR W. SCOTT
    United States Attorney


By:  */s/Theophous H. Reagans*
       (*As signed on* May 16, 2007)
    Theophous H. Reagans
    Special Assistant U.S. Attorney

    Attorneys for Defendant


OF COUNSEL
LUCILLE GONZALES MEIS
REGIONAL CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION



    IT IS SO ORDERED.

    **Dated:   May 16, 2007**               **/s/ Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE