1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, SBN 189450
4
       333 Market Street, Suite 1500
5      San Francisco, CA 94105
       Telephone: (415) 977-8943
6      Fax: (415) 744-0134

7  Attorneys for Defendant

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10                         SACRAMENTO DIVISION

11  AUDREY M. GREEN,              ) Case No. 06-CV-01628 NEW (DLB)
                                  )
12          Plaintiff,             )
                                  ) STIPULATION AND ORDER
13      vs.                        )
                                  )
14  JO ANNE B. BARNHART,          )
    Commissioner of Social        )
15  Security,                     )
                                  )
16          Defendant.             )
                                  )
17  _____)

18      The parties hereby stipulate by counsel, with the Court's
19  approval as indicated by issuance of the attached Order, that
20  Defendant shall have a second extension of time of 30 days to
21  respond to Plaintiff's motion for summary judgment, due to
22  Defendant's need for further review.  The current due date is
23  June 18, 2007.  The new due date will be July 18, 2007.
24      The parties further stipulate that the Court's Scheduling
25  Order shall be modified accordingly.

26

27

28

Stip & Proposed Order Re Ext of D's Time                    Page 1

```
        /s/ Brian C. Shapiro
            (As authorized on June 15, 2007)
        Brian C. Shapiro
        Attorney at Law

        Attorney for Plaintiff



        McGREGOR W. SCOTT
        United States Attorney

By:     /s/Theophous H. Reagans
            (As signed on June 15, 2007)
        Theophous H. Reagans
        Special Assistant U.S. Attorney

        Attorneys for Defendant


OF COUNSEL
LUCILLE GONZALES MEIS
REGIONAL CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION
```

                                ORDER

    APPROVED AND SO ORDERED.

DATED:      June 22, 2007        /s/ Dennis L. Beck
                                 DENNIS L. BECK
                                 UNITED STATES MAGISTRATE JUDGE