1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, SBN 189450
4
        333 Market Street, Suite 1500
5       San Francisco, CA 94105
        Telephone: (415) 977-8943
6       Fax: (415) 744-0134

7  Attorneys for Defendant

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11  AUDREY M. GREEN,                 ) Case No. 06-CV-01628 - LJO
                                     )
12          Plaintiff,                )
                                     ) STIPULATION AND PROPOSED ORDER
13      vs.                          ) FOR REMAND PURSUANT TO SENTENCE
                                     ) FOUR OF 42 U.S.C. § 405(g),
14  MICHAEL J. ASTRUE,               ) and
    Commissioner of Social           )
15  Security,                        ) REQUEST FOR ENTRY OF JUDGMENT
                                     ) IN FAVOR OF PLAINTIFF AND
16          Defendant.                ) AGAINST DEFENDANT
                                     )
17

18      The parties hereby stipulate by counsel, with the Court's
19  approval as indicated by issuance of the attached Order, that the
20  above-referenced case be remanded to the Commissioner of Social
21  Security for further administrative proceedings, pursuant to
22  sentence four of 42 U.S.C. section 405(g).
23      On remand, the Appeals Council will instruct the
24  Administrative Law Judge to take the following action:
25      1)   Recontact Dr. Emanuel Dozier to clarify his opinion
26           regarding the claimant's manipulative abilities;
27      2)   Further consider the opinion of Dr. Dozier pursuant to
28

Stip & Proposed Order Re Remand                                  Page 1

|   |   |   |
|---|---|---|
| 1 |    | SSR 96-5p; |
| 2 | 3) | Further consider the opinion of Dr. John T. Bonner; |
| 3 | 4) | Re-evaluate the claimant's residual functional |
| 4 |    | capacity; |
| 5 | 5) | Obtain vocational expert evidence, if warranted; and |
| 6 | 6) | Otherwise develop the record as needed. |

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff; and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: July 2, 2007

*/s/ Brian Shapiro*
(*As authorized via facsimile*)
Brian C. Shapiro
Attorney for Plaintiff

Dated: July 2, 2007

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

By: */s/Theophous H. Reagans*
(*As signed on* June 26, 2007)
Theophous H. Reagans
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:   **July 10, 2007**          **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE