# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AUDREY GREEN, | ) | 1:06-cv-01628 GSA |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING PAYMENT OF |
| | ) | ATTORNEY FEES PURSUANT TO THE |
| v. | ) | EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. |
| | ) | § 2412(d) |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | (Document 27-1) |
| of Social Security, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, the Commissioner shall pay to Brian C. Shapiro, as Plaintiff's assignee and subject to the reservation of rights, the amount of three thousand one hundred seventy eight dollars and thirteen cents ($3,178.13), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

**Dated:    October 23, 2007**                    **/s/ Gary S. Austin**
                                                                      UNITED STATES MAGISTRATE JUDGE